**SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. SMITH, ) | Case No. EDCV 09-496-VAP (RCx) |
|          Plaintiffs, ) | **ORDER OF DISMISSAL** |
|      v. ) | |
| ARROW FINANCIAL SERVICES, ) | |
|          Defendants. ) | |

 THE COURT having been notified of settlement of this matter by counsel,

 THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

 THE COURT to retain jurisdiction for a period of 60 days to enforce the terms of the settlement.

Dated: April 22, 2009

                *Virginia A. Phillips*
                VIRGINIA A. PHILLIPS
                United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm